# REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. *v.* ABOUREZK ET AL.

No. 86–656.   Argued October 5, 1987—Decided October 19, 1987

*Deputy Solicitor General Wallace* argued the cause for petitioners.   With him on the briefs were *Solicitor General Fried, Assistant Attorney General Willard, Roger Clegg, Michael Jay Singer,* and *Abraham D. Sofaer.*

*Steven R. Shapiro* argued the cause for respondents. With him on the brief were *Arthur N. Eisenberg, John A. Powell, Charles S. Sims, Peter L. Zimroth, Michael D. Young,* and *Leonard Boudin.**

---

*Daniel J. Popeo* and *Paul D. Kamenar* filed a brief for the Washington Legal Foundation et al. as *amici curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed for the American Bar Association by *Eugene C. Thomas, William A. Bradford, Jr.,* and *David W. Burgett;* for the Committee on Immigration and Nationality Law of the New York City Bar Association et al. by *Robert M. Kaufman, Carl R. Baldwin,* and *Steven M. Freeman;* for the International Human Rights Law Group by *Eli Whitney Debevoise II* and *Kimberly Till;*

1

PER CURIAM.

The judgment below is affirmed by an equally divided Court.

JUSTICE BLACKMUN took no part in the decision of this case. JUSTICE SCALIA took no part in the consideration or decision of this case.

and for the Lawyers Committee for Human Rights et al. by *Arthur C. Helton.*

*Ann H. Franke* and *Jacqueline W. Mintz* filed a brief for the American Association of University Professors et al. as *amici curiae.*